FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 MAY -4 PM 3:00
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH NEAL RADFORD, )
)
    Petitioner, )
)
v. ) CASE NO. CV415-222
) CR408-082
UNITED STATES OF AMERICA, )
)
    Respondent. )

## O R D E R

Before the Court is the Petitioner's Motion for Reconsideration. (Doc. 14.) The Court sees no reason to reconsider its prior order. (Doc. 12.) Accordingly, Petitioner's motion is **DENIED**.

SO ORDERED this 4th day of May 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA