IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH NEAL RADFORD, )
)
    Petitioner, )
)
v. ) CASE NO. CV416-144
) CR408-082
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which Petitioner has filed objections. (Doc. 11; Doc. 14.) After a careful de novo review of the record, the Court determines that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Petitioner's 28 U.S.C. § 2255 motion is **DENIED**.[1] In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of October 2016.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Petitioner also filed a document titled "Petition for Writ of Mandamus," requesting the same relief alleged in his § 2255 petition. (Doc. 13.) The Court is not persuaded that the instant motion constitutes a true petition for a writ of mandamus as it appears to be merely a supplemental objection. As the Court has already decided to deny Petitioner's § 2255 motion, Petitioner's Motion for Writ of Mandamus (Doc. 13) is **DISMISSED AS MOOT**.